IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JUL -8 A 10: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08cv538-WC

EDIERANA ANDERSON, SANDRA )
ADAMS, NELLIE ANGLIN, )
HATTIE ANTHONY, ANNIE AUSTIN, )
RUBY BABES, BOBBY BAKER, )
CARSTELLA BAKER, DALLAS )
BARNETT, RUTH BARNWELL, )
EARKUS BATTLE, WILLIE BAXTER, )
AURTHER BAXTER, GERLEEN BEATY, )
GERLADINE BELCHER, GERLADINE )
BELCHER, WILLIAM BLACKMON, )
WILLIE BLACKSHIRE, WILLIE )
BLACKSHIRE, SHIRLEY BLAKELY, )
TIMOTHY BLAKELY, ARTHUR BLAKELY, )
SR., GEORGE, BLEND, WILLIE BOBBINS, )
JESSIE BORDERS, CARRIE BOWENS, )
OLLIE BOWENS, ALVESTOR BRAFORT, )
RUBY BRAZIER, WILLIAM BROADEN )
BENJAMIN BROOKS, MAMIE )
BRUNDAGE, HELEN BURKS, LARRIE )
BURKS, LAWRENCE BUSSEY, ROSIE )
BYRD, WILLIE CALLOWAY, SHIRLEY )
CANADY, MARY CARGIL, DOROTHY )
CARRUTHERS, DAVID CHAMBERS, )
WILLIE CHRISTIAN, SR., MATTIE )
COLEMAN, CHRISTOPHER COLEMAN, )
ETHEL COLEMAN, EDDIE COLEMAN, )
ADA COOK, CASSANDRA COOPER, )
ADELL CORBETT, VENSON CORBETT, )
TIMOTHY CORBIN, DELTONIA CORBIN, )
DIANNE COVIN, LUCILLE COWAN, )
LINDA COWART, TERRY CRAWFORD, )
MARY CREWS, BOBBY AND ANNIE )
P. CREWS, AARON CROSSLEY, )
JERRIE DAFFIN, RUBY DANIELS, )
JAMES DANIELS, TERESA DANIELS, )
BOBBY DANIELS, ZANETA DANIELS, )
GUSSIE DANIELS, BERTHA DANZY, )
AREALIONS DAVENPORT, LERENZIA )
DAVENPORT, ARNETTA DAVIS, )
GRACE DAVIS, ELIZABETH DAVIS, )

GLORIA DAVIS, DANIEL DAVIS, )
KENNETH DAVIS, MARY DAVIS, )
MARY DAVIS, WILLIE )
DEGRAFFENRIED, GEORGIA AND )
OLIE DELOACH, OBLEE DELOACH, )
HATTIE DENSON, VELMA DENSON, )
SUSIE DICKERSON, CHARLIE DILL, )
EMMA DINKINS, MAMIE DORSEY, )
PEARLIE DOZIER, BERTHA DOZIER )
FOR THE ESTATE OF GRANT DOZIER, )
BERTHA DOZIER FOR THE ESTATE )
OF WALTER DOZIER, BERTHA DOZIER, )
JAMES DUBOSE, LESSIE EFORD, )
JAMES ELLIS, ELBERT ELLIS, IVORY )
ELLIS, OLA EMERY, ANNIE ERKINS, )
JOHN AND LEVONIA ERKINS, )
WONDRUS ERKINS, MARVIN EUTSEY, )
ROBERT EUTSEY, FLEMON FARMER, )
JR., JOSEPH FAULK, WILLIE FENN, SR., )
ROY FLOWERS, ANNETTE FLOWERS, )
ANNIE FLOYD, ANNIE FLOYD, )
WILLIE FLOYD, ETHEL FORD, )
WILLIAM FORD, DAVID FORD, SR., )
RONNIE FORTE, EDWARD FORTE, )
KENNETH FOSTER, GWENDOLYN )
FOSTER, JAMES FOSTER, CHRISTINE )
FOSTER, JUDY FOSTER, LONNIE )
FOSTER, ARLENA FOWLER, SAMMIE )
FOWLER, JAMES FOWLER, SALLY )
FOWLER, JOHNNY FOWLER, JR., )
MARILYN FOXX, LILLIE FRANKLIN, )
NICHOLAS FREEMAN, POLLY )
FREEMAN, C. W. FRYER, MARY FRYER, )
JOHNNY FRYER, LILLIE FRYER, )
PATRICK GEORGE, DOROTHY GIBBS, )
LOUISE GIBSON, ROY GIBSON, )
TOMMIE GIFORD, EDDIE GILBERT, )
NATHAN GILBERT, ANNIE GILFORD, )
REGINA GILLIS, DORA GILYARD, )
ANNIE GLANTON, ANNIE GLANTON, )
RICHARD GLENN, ROY GLENN, )
CLARA GLONTON, PEARLIE GLOVER, )
PEARLENE GLOVER, ANNIE GOOLSBY, )

THELMA GORDON, JIMMY GORDY, )
MICHELLE BANKS FOR THE ESTATE )
OF MILDRED GRANGER, GENERAL )
GRANT, C.B. GRAVES, ROBERT GRIER, )
ETHEL GRIFFIN, ARLENE GRIGLEN, )
FRANKIE GRIMSLEY, LAULA )
GRIMSLEY, ARTIE GROOMS, LESLA )
GRUBBS, BRENDA GUILFORD, WILLIE )
GUILFORD, BERTHA GUILFORD, )
HORACE GUILFORD, JAMES GUILFORD, )
WILLIAM GUILFORD, JR., TERA HALL, )
LOUISE HALL, NORMAN HALL, )
JOHN HAMERTER, BETTY HAMILTON, )
ARTHUR HAMILTON, SHANETTE )
HAMMONDS, DONALD HARRIS, )
BENJAMIN HARRIS, BETTY HARRIS, )
BERNICE HARRIS, MARRIETTA )
HAWKINS, VIOLET HAYNES, DORIS )
HAYNES, WILLIE HAZZARD, CALLIE )
HEATH, ROSALYN HELMS, HILDON )
HELMS, JAMES HELMS, CORENE )
HENLEY, MAURICE HICKEY, CARRIE )
HICKS, RICHARD HICKS, DONALD )
HICKS, GERALINE HICKS, ALEXANDER )
HICKS, DONALD HICKS FOR THE )
ESTATE OF LOUELLA HICKS, WILLIE )
HICKS, JOHNNIE HILDRETH, OTIS HILL, )
WILLIE HILL, SAMSON HODGE, HALLIE )
HOGAN, JUDY HOLLAND, LYNETTA )
HOLLINS, BARBARA HOLLIS, SMITH )
HOLLOWAY, EDDIE HOUGH, BESSIE )
HOUSE, JOSEPH HUNTER, MARY )
HUNTER, FRANCES JACKSON, LINDY )
AND FRANCES JACKSON, RUBY )
JACKSON, SADIE JACKSON, BERTHA )
JACKSON, QUEEN JACKSON, RUBY )
JACKSON, SHILVERS JACKSON, )
AUDREY JACKSON, MARY JAMES, )
ETHEL JAMES, GREGORY JAMES, )
MAE JENKINS, JESSIE JENKINS, PEGGY )
JESSIE, BRENDA JOHNSON, )
RUBENNIE JOHNSON, ANNIE JOHNSON, )
DETRA JOHNSON, MARTHA JOHNSON, )

MICHAEL JOHNSON, SAVANNAH )
JOHNSON, TONY JOHNSON, ROSEY )
AND LOVIE JOHNSON, WILLIE )
JOHNSON, RONNIE JOINER, MAMIE )
JOINER, IRENE JONES, PATSY JONES, )
ROXANNA JONES, BERNICE JONES, )
DAVID JONES, LYNN JONES, )
NATHANIEL JONES, ROSA JONES, )
ROSIE JONES, TOMMIE JONES, )
VIVIAN JONES, WALTER JONES, )
ALBERTA JONES, GEORGE JORDAN, )
ROSALINE JORDAN, J.C. JORDAN, )
OCIE KELLY, JEAN KENNEDY, MARY )
KENNEDY, ROBERT KENNEDY, )
VERSIE KEY, TAMEKAM KEY, )
ISHMAEL KING, CLARA KINGSLEY, )
PENNY KINSEY, JOHNNY KNIGHT, )
ELIZABETH KNIGHT, PERRY KYLES, )
GEORGE LAMPLEY, SERENDA )
LAMPLEY, EVELYN LAMPLEY, LOIS )
LANE, MARTHA LASTER, MARY )
LAWRENCE, JOHNNY LAWRENCE, )
ARLENA LAWRENCE, BOBBY LEE, )
EARLIE LEE, WILLIE LEE, CORNELIUS )
LEE, ANNIE LEE, HENRY LEE, )
JOE LIAS, ANNIE LOUDER, MATILDA )
LOVELY, JOHNNIE LOWE, DORIS )
LOWE, WILLIE LYNN, BOBBIE LYNN, )
EDNA LYNN, DAVID LYNN, MARTHA )
LYNN, OSCAR LYNN, BILL MAHONE, )
MOSES MALLARD, SIMMIE MARSH, )
RALPH MASON, ZATHRUE )
MATTHEWS, JOYCE MAYO, EUNICE )
MAYO, GREGORY MAYO, JAMES )
McALLISTER, ELIZABETH McBRIDE, )
JACK McCLENDON, JR., McARTHUR )
McCLENTON, NED McCOY, ROSIE )
McCOY, CHRISTINE McCOY, ADA )
McCRAE, JOHNNY McCRAY, )
JEANETTE McCRAY, NAPOLEON )
McDAY, JACQUELINE McKENZIE, )
SARAH McLENDON, ANNIE McNEAL, )
MARY McNEAL, EMMETT McNEAL, )

CLARENCE McNEAL, HENRY )
McNEALY, SAMMIE McNEAR, F.D. )
McNEAR, KAREN McNEAR, DAVID )
McQUEEN, SAMMIE MILES, ELIZABETH )
MILLER, QUEEN MILLS, MARIE MILLS, )
ROSIE MILLS, JACKIE MILTON, )
ALONZO MIMS, LULA MORRIS, BESSIE )
MORRISON, TOMMY MORRISON, )
EZEKIAL MORRISON, ELLA MORRISON )
FOR THE ESTATE OF EZEKIEL )
MORRISON, ELLA MORRISON FOR THE )
ESTATE OF ALICE MORRISON, WILLIE )
MORRISON, ELLA MORRISON, ERNEST )
MOSLEY, SR., JAMES MULKEY, )
CHESTER MUNN, JOHNNIE MUNN, )
LEROY MURRAY, BESSIE NASH, )
HENRY NELSON, JUANITA NELSON, )
GREGORY NEWBY, CHARLIE NEWMAN, )
ELVIRA NEWMAN, ROY OLIVER, )
EDDIE OWENS, LEMMIE OWENS, )
PEGGY S. OWENS FOR THE ESTATE )
OF JOHN A AND JODIE MAE OWENS, )
MARY PALMER, CHARLIE PARHAM, )
DELORIS PARKER, CLARICE PARKER, )
BOBBY PERRY, BRUCE PERSON, MARY )
PERSON, CEDRIC PERSONS, NAPOLEAN )
PERSONS, LUDI PETERSON, JEANETTE )
PORTER, TOMMY AND JACQUELINE )
PORTIS, TOMMIE POSEY, EDDIE )
POWELL, MARY PRATT, SHEILA )
PRIDE, WILLIS PRITCHETT, MARY )
PRUITT, LEE PUGH, WALTER PUGH, )
SR., LEE PUSH, JAMES REDDING, )
MARTHA REEVES, IZORA REEVES, )
ANNIE RESPRESS, MARY RHONE, )
ESTATE OF SAME RHYMES, EDDIE )
RICHARDS, ELIZABETH RICHARDS, )
JOSEPH RICHARDSON, VIRGINA )
RICHARDSON, WILLIE RICHARDSON, )
EDDIE ROBINSON, MINNIE ROBINSON, )
CYNTHIA ROBINSON, EATHER )
ROBINSON, HATTIE ROBINSON, JOE )
ROBINSON, GLORIA RODGERS, )

BELINDA RODGERS, CHARLES )
RODGERS, CYNTHIA RODGERS, )
MARY RODGERS, ROOSEVELT )
RODGERS, CHARLES ROGERS, LORENE )
ROGERS, NIXON RONEY, BENJAMIN )
RUFFIN, ANNIE AUSTIN FOR THE )
ESTATE OF HATTIE RUMPH, SHERRY )
RUMPH, ANNIE RUMPH, MARSHALL )
RUMPH, HUNTER RUSSELL, JR., )
SHIRLEY SAMPSON, LINDA SANDERS, )
GRACE SCARVER, WILLIE SCOTT, )
MARY SCOTT GRIER, ROSETTA )
SCREWS, BRENDA SEATS FOR THE )
ESTATE OF LINDSEY SEATS, CARRIE )
SEATS, GABRIEL SELLERS, FLOYD )
SEWELL, MAX SEWELL, JESSIE SHELL, )
FREDDIE SHELLEY, BLANCH SHEPARD, )
THOMAS SHIPMAN, IDA SIMMONS, )
JAMES AND ONNIE SIMMONS, EULA )
SIMPSON, MAMIE SKIPPER, MARY )
SKIPPER, ERNESTINE SMART, ANNIE )
SMITH, EVELYN SMITH, JESSIE SMITH, )
HENRY SMITH, MARY SMITH, MINNIE )
SMITH, WILLIE SMITH, CLEVE SNIPES, )
CLAUDIA SPENCER, SUSIE SPENCER, )
JOHN SPENCER, MARY STEPHENS, )
DOROTHY STEWART, CHRISTOPHER )
STOVALL, EUGENE STOVALL, )
FORICESTEEN STREETER, JAMES )
STREETER, ADNA STREETER, CORA )
STREETER, GERTHA STRINGER, )
ROOSEVELT STRONG, CHARLIE )
TARVER, SUSIE TARVER, JOHN )
TARVER, ROSE TATE, ADDIE TATE, )
ANNIE TAYLOR, CURTIS TELLIS, )
GREGORY TELLIS, OTIS TERRELL, )
JAMES THOMAS, JOHN THOMAS, )
RUBY THOMAS, WILLIE THOMAS, )
MARY THOMAS, BRADFORD THOMAS )
FOR THE ESTATE OF SHARPER )
THOMAS, EMANUEL THOMPSON, )
DOROTHY TOLBERT, ALBERTA )
TOLLIVER, JEREMIAH TONEY, )

CHESTER TOWNSEND, RICHARD )
TRAILER, VIOLA TRUETT, DELOISE )
TRUVILLION, CLARA TUGGLE, )
FLORINE TURNER, GWENETTE )
TURNER, ISSAC TURNER, MATTIE )
TURNER, MATTIE TURNER, MIKE )
TURNER, WILLIE TURNER, WILLARD )
TURNER, NORMA TURNER, RODERICK )
TURNER, VIRGINIA TYSON, SARA )
UPSHAW, JERRY UPSHAW, HELEN )
VAUGHN, BEATRICE WALKER, )
BEVERLY WALKER, JAMES WALKER, )
JOSEPH WALKER, ROSE WALKER, )
KENNETH WALKER, LUCY ANN )
WALKER, NORMAN WALKER, EVA )
AND WILLIE WALKER, VIRGINIA )
WALKER, WILLIE WALKER, ZELL )
WALKER, NAZIREE WALKER, NATHAN )
WALKER, JAMES WALKER FOR THE )
ESTATE OF CHARLOTTE WALKER, )
CYNTHIA WARE, WILLIAM WARE, SR., )
LARRY WARREN, MARGIE WARREN, )
FITCHER WEATHINGTON, LOUISE )
WEATHINGTON, MAMIE WEEMS, )
DAVID WELBORN, WILLIE WEST, )
DORNAL WHIGHAM, LORIA WHIGHAM, )
SR., BERNARD WHITE, SYLVIA WHITE, )
BETTY WILBORN, ANNIE WILLIAMS, )
BRENDA WILLIAMS, EFFIE WILLIAMS, )
MATTIE WILLIAMS, C. WILLIAMS, )
DARLENE WILLIAMS, CHARLES )
WILLIAMS, HATTIE WILLIAMS, JAMES )
WILLIAMS, JEROME WILLIAMS, MARY )
WILLIAMS, SULPHIA WILLIAMS, )
WILLIE WILLIAMS, RESSIE WILLIAMS, )
ROSIE WILLIAMS, EVA WILLIAMS, )
FRAN WILLIAMS, VELESA WILSON, )
VIRGINIA WILSON, GENETT )
WIMBERLY, ELLIE WOODS, JOHNNY )
WOODS, SHERMAN WOODS, BOBBY )
WOODS, ANNIE WOODS, VERLIE )
WOODS, MARTHA WRIGHT, BETTY )
YOUNG, CLARENCE YOUNG, SHIRLEY )

| | | |
|---|---|---|
| REYNOLDS HARRIS FOR THE ESTATE OF LULA YOUNG, IVORY YOUNG, EARNESTINE YOUNGBLOOD, LONNIE YOUNGBLOOD, MARY ZIMMERMAN,<br><br>PLAINTIFFS,<br><br>vs.<br><br>ED SCHAFER, SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>DEFENDANT. | ) | CASE NUMBER:__________ |

## COMPLAINT - CIVIL ACTION

1. Plaintiffs are Black Farmers and original class members in the cases of *Pigford, et al v. Glickman,* Civil Action No. 97-1978 (PLF)(D.D.C.) and *Brewington v. Glickman,* Civil Action No. 98-1693 (PLF)(D.D.C.)(the "*Pigford* case"). Plaintiffs bring this action pursuant to §14012(b) of the Food, Conservation, and Energy Act of 2008, as well as 15 U.S.C. §1691, *et seq.* The Equal Credit Opportunity Act ("ECOA").

## PARTIES & JURISDICTION

2. Plaintiffs are original class members in the *Pigford* case and met the criteria established in the *Pigford* Consent Decree for filing a claim for settlement benefits. Plaintiffs are also included within the definition of those eligible to pursue claims of discrimination established by the Food, Conservation, and Energy Act of 2008, §14012(b).

3. Jurisdiction is premised on §14012(b) of The Food, Conservation, and Energy Act of 2008 and 15 U.S.C. §1691, *et seq.*, The Equal Credit Opportunity Act.

4. Venue is proper in this judicial district because the vast majority of the discriminatory acts and/or omissions occurred in this district, the vast majority of the Plaintiffs reside in this district, and the vast majority of the property subject to the discriminatory acts is located within this district. Hence, pursuant to 28 U.S.C. §1391(e), venue is proper in this district. Moreover, Defendant maintains offices within this judicial district.

5. An alternative venue for this action would be the United States District Court for the District of Columbia, pursuant to §14012(b) of the Food, Conservation, and Energy Act of 2008, which provides that an eligible claimant "may" bring the action in that district.

## NATURE OF ACTION

This case involves the United States Department of Agriculture=s (herein "USDA"), failure to adequately process, review, and adjudicate, claims made by African American farmers for farm loans, credits, benefits, and participation in federal farm programs pursuant to the settlement terms and consent decree entered into in the *Pigford* case.

6. The USDA's Farm Service Agency ("FSA"), formed in 1994, provides commodity program benefits including but not limited to deficiency payments, price support loans, conservation reserve benefits, disaster payments, farm loans and other farm credit benefits to U.S. farmers.

7. Defendant Ed Schafer, Secretary of the United States Department of Agriculture ("USDA") is the federal official responsible for the administration of the FSA and administers the federal farm programs through a review system consisting of: (1) county offices and committees, (2) state offices and committees, and (3) a federal level of review in Washington, D.C., the National Appeals Division ("NAD").

8. The process by which farmers apply for FSA loans, included in pertinent part, an application and review through county and states offices, pursuant to 7 C.F.R.§ 1910 *et. seq.*; 7 C.F.R.§ 700 *et. seq.*, and Commodity Credit Corporation ("CCC") Regulations, 7 C.F.R.§ 1400 *et. seq.*

9. As a result of Title VI Civil Rights Act of 1964, the USDA promulgated regulations setting forth that "no person in the United States shall, on the ground race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity of an applicant or recipient receiving Federal financial assistance from the Department of Agriculture or any agency thereof." 7 C.F.R.§ 15.1.

10. Furthermore, the Equal Credit Opportunity Act ("ECOA") prohibits discrimination in the application of credit based on sex, marital status, race, color, age, or national origin, and religion. 15 U.S.C. § 1691(a).

11. Despite the various federal standards and regulations, there arose among African American farmers allegations of unfair and discriminatory treatment when applying to local county committees for farm loans and assistance.

12. In 1983, the USDA disbanded its Office of Civil Rights and discontinued its investigation and adjudication of claims of discrimination, leaving a significant number of African American farmers with unresolved Complaints.

13. As a result, significant economic disparities continued to develop between African-American and white farmers, where "the participation of black farmers in the FHA loan program fell from 5.4 percent in 1980 to 1.5 in 1986 [where] between 1981 and 1984 the percentage of FHA loans going to whites increased from 87 to 91 percent".

14. In response to such complaints, the USDA commissioned a study to "analyze the treatment of minorities . . . in FSA programs and study" and concluded that "minority participation in FSA programs was very low and received less than their fair share of USDA money for crop payments, disaster payments, and loans".

15. In December of 1996, the USDA by way of former Secretary of Agriculture, Dan Glickman, appointed a Civil Rights Action Team (CRAT) and a USDA Civil Rights Task Force, which after examining the issue of discrimination, similarly concluded that "minority farmers have lost significant amounts of land and potential farm income as a result of discrimination by FSA programs and the programs of its predecessor agencies . . . the process for resolving complaints has failed . . . appeals are often delayed and for too long . . . favorable decisions are often reversed."

16. A separate report by the Office of Inspector General of the USDA also determined that "the USDA had a backlog of complaints of discrimination that had never been processed, investigated, or resolved."

17. On August 28, 1997, three African American farmers on behalf of themselves and a class of six-hundred and forty-one other African American farmers, in the matter of *Timothy Pigford v. Dan Glickman, Secretary, United States Department of Agriculture,* 185 F.R.D. 82 (D.D.C. April 14, 1999) (NO. CIV.A. 97-1978) filed suit claiming "racial discrimination in the administration of the USDA programs. . ." and claims for violations of the Fifth Amendment; the Administrative Procedure Act, 5 U.S.C. § 551 et. seq.; Title VI of the Civil Rights Act of 1964; 42 U.S.C. § 2000d; the Equal Credit Opportunity Act ("ECOA"); and 15 U.S.C. § 1691. *Id.* at 185 F.R.D. 82, 89 (1999).

18. In July of 1998, another class action, *Cecil Brewington v. Dan Glickman, Secretary, United States Department of Agriculture* 185 F.R.D. 82 (D.D.C. April 14, 1999) (NO. CIV. A 98-1693), was filed with similar allegations and eventually consolidated with *Pigford* matter. 185 F.R.D. 82, 89 (April 14, 1999).

19. On April 14, 1999 the Court ordered by way of a Consent Decree, a settlement of such discrimination claims, allowing class members to choose between two claim procedures, known as Track A and Track B.

20. Pursuant to the Consent Decree, a class member was eligible to participate in the settlement if they met the following criteria: An African American who (1) farmed or attempted to farm between January 1981 and December 31, 1996, (2) applied to USDA for farm credit or program benefits and believes he or she was discriminated against by the USDA on the basis of race, and (3) made a complaint against the USDA on or before July 1, 1997.

21. In order to provide for relief for those class members that had "little in the way of documentation on proof of either discriminatory treatment or damages suffered", Track A claimants were allowed to "meet only a minimal burden or proof (i.e., substantial evidence or reasonable basis for finding discrimination)." Upon the proof of such discrimination the claimant would be entitled to an award of $50,000.00.

22. For Track B claims, claimants were required to prove discrimination by a "preponderance of evidence." Such claims were not limited by any cap on the damages recoverable.

23. Since the Court=s April 14, 1999 approval of the Consent Decree, a significant number of appeals, motions, and procedural amendments have followed, on the basis that the Consent Decree was "unfair in certain respects and should be set aside."

24. Specifically, there is evidence of large percentage of denials among Track A and Track B Claimants, where African American farmers have experienced "poor access to USDA files" and therefore could not adequately demonstrate discrimination.

25. Subsequent reports of the Consent Decree have similarly concluded that a large percentage of farmers did not have an opportunity to have their claims decided on the merits because they had filed late or untimely claims.

26. A significant number of those claimants initially denied relief under the late filing procedures were similarly denied relief after a request for reconsideration of their petitions. In particular, it has been estimated that of the 20,700 requests for reconsideration, approximately 17,279 requests were denied while a mere 113 petitions were approved.

27. On May 22, 2008, the Food, Conservation, and Energy Act of 2008 (hereinafter "Act") became law.

28. The Act similarly defines a "*Pigford* Claim" as Aa discrimination complaint, as defined by section 1(h) of that consent decree and documented under section 5(b) of that consent decree."

**<u>Edierana Anderson</u>**

29. Plaintiff, Edierana Anderson is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

30. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

31. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

32. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Sandra Adams**

33. Plaintiff, Sandra Adams is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

34. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

35. Plaintiff was given Tracking Number 45093 by the claims Monitor.

36. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Nellie Anglin**

37. Plaintiff, Nellie Anglin is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

38. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

39. Plaintiff was given Tracking Number 122297 by the claims Monitor.

40. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Hattie Anthony**

41. Plaintiff, Hattie Anthony is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

42. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

43. Plaintiff was given Tracking Number 49440 by the claims Monitor.

44. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**<u>Annie Austin</u>**

45. Plaintiff, Annie Austin is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

46. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

47. Plaintiff was given Tracking Number 55995 by the claims Monitor.

48. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ruby Babes**

49. Plaintiff, Ruby Babes is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and © timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

50. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

51. Plaintiff was given Tracking Number 37986 by the claims Monitor.

52. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Bobby Baker**

53. Plaintiff, Bobby Baker is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

54. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

55. Plaintiff was given Tracking Number 422800750 by the claims Monitor.

56. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Carstella Baker**

57. Plaintiff, Carstella Baker is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

58. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

59. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

60. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Dallas Barnett**

61. Plaintiff, Dallas Barnett is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

62. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

63. Plaintiff was given Tracking Number 55903 by the claims Monitor.

64. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ruth Barnwell**

65. Plaintiff, Ruth Barnwell is an African-American farmer residing in Birmingham, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

66. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

67. Plaintiff was given Tracking Number 27593 by the claims Monitor.

68. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Earkus Battle**

69. Plaintiff, Earkus Battle is an African-American farmer residing in Pittsview, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

70. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

71. Plaintiff was given Tracking Number 63217 by the claims Monitor.

72. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Baxter**

73. Plaintiff, Willie Baxter is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

74. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

75. Plaintiff was given Tracking Number 43080 by the claims Monitor.

76. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Aurther Baxter**

77. Plaintiff, Aurther Baxter is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

78. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

79. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

80. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Gerleen Beaty**

81. Plaintiff, Gerleen Beaty is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

82. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

83. Plaintiff was given Tracking Number 7091000 by the claims Monitor.

84. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Gerladine Belcher**

85. Plaintiff, Gerladine Belcher is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

86. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

87. Plaintiff was given Tracking Number 75179 by the claims Monitor.

88. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Geraldine Belcher**

89. Plaintiff, Geraldine Belcher is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

90. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

91. Plaintiff was given Tracking Number 61156 by the claims Monitor.

92. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**William Blackmon**

93. Plaintiff, William Blackmon is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

94. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

95. Plaintiff was given Tracking Number 52041 by the claims Monitor.

96. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Blackshire**

97. Plaintiff, Willie Blackshire is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

98. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

99. Plaintiff was given Tracking Number 55166 by the claims Monitor.

100. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Blackshire**

101. Plaintiff, Willie Blackshire is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

102. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

103. Plaintiff was given Tracking Number 55163 by the claims Monitor.

104. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Shirley Blakely**

105. Plaintiff, Shirley Blakely is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

106. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

107. Plaintiff was given Tracking Number 54991 by the claims Monitor.

108. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Timothy Blakely**

109. Plaintiff, Timothy Blakely is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

110. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

111. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

112. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Arthur Blakely, Sr.**

113. Plaintiff, Arthur Blakely, Sr. is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

114. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

115. Plaintiff was given Tracking Number 54987 by the claims Monitor.

116. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**George Blend**

117. Plaintiff, George Blend is an African-American farmer residing in Georgetown, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

118. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

119. Plaintiff was given Tracking Number 65645 by the claims Monitor.

120. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Bobbins**

121. Plaintiff, Willie Bobbins is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

122. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

123. Plaintiff was given Tracking Number 31422 by the claims Monitor.

124. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Jessie Borders**

125. Plaintiff, Jessie Borders is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

126. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

127. Plaintiff was given Tracking Number 75902 by the claims Monitor.

128. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Carrie Bowens**

129. Plaintiff, Carrie Bowens is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

130. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

131. Plaintiff was given Tracking Number 53866 by the claims Monitor.

132. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ollie Bowens**

133. Plaintiff, Ollie Bowens is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

134. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

135. Plaintiff was given Tracking Number 62791 by the claims Monitor.

136. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Alvestor Brafort**

137. Plaintiff, Alvestor Brafort is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

138. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

139. Plaintiff was given Tracking Number 45912 by the claims Monitor.

140. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ruby Brazier**

141. Plaintiff, Ruby Brazier is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

142. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

143. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

144. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**William Broaden**

145. Plaintiff, William Broaden is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

146. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

147. Plaintiff was given Tracking Number 6617200 by the claims Monitor.

148. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Benjamin Brooks**

149. Plaintiff, Benjamin Brooks is an African-American farmer residing in Abbeville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

150. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

151. Plaintiff was given Tracking Number 64970 by the claims Monitor.

152. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mamie Brundage**

153. Plaintiff, Mamie Brundage is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

154. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

155. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

156. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Helen Burks**

157. Plaintiff, Helen Burks is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

158. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

159. Plaintiff was given Tracking Number 54730 by the claims Monitor.

160. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Larrie Burks**

161. Plaintiff, Larrie Burks is an African-American farmer residing in Clio, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

162. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

163. Plaintiff was given Tracking Number 56644 by the claims Monitor.

164. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Lawrence Bussey**

165. Plaintiff, Lawrence Bussey is an African-American farmer residing in Georgetown, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

166. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

167. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

168. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Rosie Byrd**

169. Plaintiff, Rosie Byrd is an African-American farmer residing in Abbeville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

170. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

171. Plaintiff was given Tracking Number 29322 by the claims Monitor.

172. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Calloway**

173. Plaintiff, Willie Calloway is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

174. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

175. Plaintiff was given Tracking Number 104512 by the claims Monitor.

176. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Shirley Canady**

177. Plaintiff, Shirley Canady is an African-American farmer residing in Banks, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

178. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

179. Plaintiff was given Tracking Number 116033 by the claims Monitor.

180. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mary Cargil**

181. Plaintiff, Mary Cargil is an African-American farmer residing in Troy, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA

after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

182. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

183. Plaintiff was given Tracking Number 119483 by the claims Monitor.

184. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Dorothy Carruthers**

185. Plaintiff, Dorothy Carruthers is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

186. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

187. Plaintiff was given Tracking Number 20662 by the claims Monitor.

188. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**David Chambers**

189. Plaintiff, David Chambers is an African-American farmer residing in Ariton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

190. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

191. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

192. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Christian, Sr.**

193. Plaintiff, Willie Christian, Sr. is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,

and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

194. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

195. Plaintiff was given Tracking Number 58087 by the claims Monitor.

196. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mattie Coleman**

197. Plaintiff, Mattie Coleman is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

198. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

199. Plaintiff was given Tracking Number 13148200 by the claims Monitor.

200. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Christopher Coleman**

201. Plaintiff, Christopher Coleman is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

202. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

203. Plaintiff was given Tracking Number 55178 by the claims Monitor.

204. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ethel Coleman**

205. Plaintiff, Ethel Coleman is an African-American farmer residing in Cuthbert, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

206. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

207. Plaintiff was given Tracking Number 124431 by the claims Monitor.

208. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Eddie Coleman**

209. Plaintiff, Eddie Coleman is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

210. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

211. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

212. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ada Cook**

213. Plaintiff, Ada Cook is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

214. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

215. Plaintiff was given Tracking Number 55366 by the claims Monitor.

216. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Cassandra Cooper**

217. Plaintiff, Cassandra Cooper is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

218. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

219. Plaintiff was given Tracking Number 89747 by the claims Monitor.

220. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Adell Corbett**

221. Plaintiff, Adell Corbett is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

222. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

223. Plaintiff was given Tracking Number 25185 by the claims Monitor.

224. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Venson Corbett**

225. Plaintiff, Venson Corbett is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

226. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

227. Plaintiff was given Tracking Number 68052 by the claims Monitor.

228. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Timothy Corbin**

229. Plaintiff, Timothy Corbin is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

230. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

231. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

232. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Deltonia Corbin**

233. Plaintiff, Deltonia Corbin is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

234. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

235. Plaintiff was given Tracking Number 64903 by the claims Monitor.

236. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Dianne Covin**

237. Plaintiff, Dianne Covin is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

238. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

239. Plaintiff was given Tracking Number 4697 by the claims Monitor.

240. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Lucille Cowan**

241. Plaintiff, Lucille Cowan is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

242. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

243. Plaintiff was given Tracking Number 60809 by the claims Monitor.

244. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Linda Cowart**

245. Plaintiff, Linda Cowart is an African-American farmer residing in Goshen, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

246. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

247. Plaintiff was given Tracking Number 33648 by the claims Monitor.

248. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Terry Crawford**

249. Plaintiff, Terry Crawford is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

250. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

251. Plaintiff was given Tracking Number 22055 by the claims Monitor.

252. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mary Crews**

253. Plaintiff, Mary Crews is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

254. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

255. Plaintiff was given Tracking Number 58842 by the claims Monitor.

256. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Bobby and Annie P. Crews**

257. Plaintiff, Bobby and Annie P. Crews are African-American farmers residing in Abbeville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

258. Thereafter, Plaintiffs filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

259. Tracking Number assigned to these Plaintiffs by the claims Monitor is unknown at this time.

260. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Aaron Crossley**

261. Plaintiff, Aaron Crossley is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

262. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

263. Plaintiff was given Tracking Number 54607 by the claims Monitor.

264. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Jerrie Daffin**

265. Plaintiff, Jerrie Daffin is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

266. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

267. Plaintiff was given Tracking Number 1600066 by the claims Monitor.

268. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ruby Daniels**

269. Plaintiff, Ruby Daniels is an African-American farmer residing in Clio, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

270. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

271. Plaintiff was given Tracking Number 56872 by the claims Monitor.

272. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**James Daniels**

273. Plaintiff, James Daniels is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

274. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

275. Plaintiff was given Tracking Number 65529 by the claims Monitor.

276. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Teresa Daniels**

277. Plaintiff, Teresa Daniels is an African-American farmer residing in Headland, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

278. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

279. Plaintiff was given Tracking Number 48475 by the claims Monitor.

280. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Bobby Daniels**

281. Plaintiff, Bobby Daniels is an African-American farmer residing in Clio, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

282. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

283. Plaintiff was given Tracking Number 56660 by the claims Monitor.

284. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Zaneta Daniels**

285. Plaintiff, Zaneta Daniels is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

286. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

287. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

288. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Gussie Daniels**

289. Plaintiff, Gussie Daniels is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

290. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

291. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

292. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Bertha Danzy**

293. Plaintiff, Bertha Danzy is an African-American farmer residing in Abbesville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason

of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

294. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

295. Plaintiff was given Tracking Number 10722900 by the claims Monitor.

296. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Arealions Davenport**

297. Plaintiff, Arealions Davenport is an African-American farmer residing in Cuthbert, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

298. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

299. Plaintiff was given Tracking Number 112762 by the claims Monitor.

300. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Lerenzia Davenport**

301. Plaintiff, Lerenzia Davenport is an African-American farmer residing in Cuthbert, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

302. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

303. Plaintiff was given Tracking Number 112491 by the claims Monitor.

304. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Arnetta Davis**

305. Plaintiff, Arnetta Davis is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

306. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

307. Plaintiff was given Tracking Number 125585 by the claims Monitor.

308. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Grace Davis**

309. Plaintiff, Grace Davis is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

310. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

311. Plaintiff was given Tracking Number 20032 by the claims Monitor.

312. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Elizabeth Davis**

313. Plaintiff, Elizabeth Davis is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

314. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

315. Plaintiff was given Tracking Number 54113 by the claims Monitor.

316. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Gloria Davis**

317. Plaintiff, Gloria Davis is an African-American farmer residing in Abbeville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

318. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

319. Plaintiff was given Tracking Number 1103880 by the claims Monitor.

320. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Daniel Davis**

321. Plaintiff, Daniel Davis is an African-American farmer residing in Detroit, MI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

322. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

323. Plaintiff was given Tracking Number 57741 by the claims Monitor.

324. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Kenneth Davis**

325. Plaintiff, Kenneth Davis is an African-American farmer residing in Georgetown, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

326. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

327. Plaintiff was given Tracking Number 86425 by the claims Monitor.

328. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mary Davis**

329. Plaintiff, Mary Davis is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

330. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

331. Plaintiff was given Tracking Number 32458 by the claims Monitor.

332. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mary Davis**

333. Plaintiff, Mary Davis is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

334. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

335. Plaintiff was given Tracking Number 27909 by the claims Monitor.

336. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Degraffenried**

337. Plaintiff, Willie Degraffenried is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

338. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

339. Plaintiff was given Tracking Number 51534 by the claims Monitor.

340. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Georgia and Olie Deloach**

341. Plaintiff, Georgia and Olie Deloach are African-American farmers residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

342. Thereafter, Plaintiffs filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

343. Plaintiffs were given Tracking Number 63585 by the claims Monitor.

344. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Oblee Deloach**

345. Plaintiff, Oblee Deloach is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

346. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

347. Plaintiff was given Tracking Number 63944 by the claims Monitor.

348. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Hattie Denson**

349. Plaintiff, Hattie Denson is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

350. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

351. Plaintiff was given Tracking Number 70041160 by the claims Monitor.

352. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Velma Denson**

353. Plaintiff, Velma Denson is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

354. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

355. Plaintiff was given Tracking Number 9589 by the claims Monitor.

356. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Susie Dickerson**

357. Plaintiff, Susie Dickerson is an African-American farmer residing in Ariton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

358. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

359. Plaintiff was given Tracking Number 75429 by the claims Monitor.

360. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Charlie Dill**

361. Plaintiff, Charlie Dill is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

362. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

363. Plaintiff was given Tracking Number 37877 by the claims Monitor.

364. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Emma Dinkins**

365. Plaintiff, Emma Dinkins is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

366. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

367. Plaintiff was given Tracking Number 23592 by the claims Monitor.

368. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Mamie Dorsey**

369. Plaintiff, Mamie Dorsey is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

370. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

371. Plaintiff was given Tracking Number 78249 by the claims Monitor.

372. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Pearlie Dozier**

373. Plaintiff, Pearlie Dozier is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

374. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

375. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

376. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**<u>Bertha Dozier as Personal Representative of the Estate of Grant Dozier</u>**

377. Plaintiff, Bertha Dozier as Personal Representative of the Estate of Grant Dozier is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

378. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

379. Plaintiff was given Tracking Number 30846 by the claims Monitor.

380. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Bertha Dozier as Personal Representative of the Estate of Walter Dozier**

381. Plaintiff, Bertha Dozier as Personal representative of the Estate of Walter Dozier is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

382. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

383. Plaintiff was given Tracking Number 105365 by the claims Monitor.

384. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Bertha Dozier**

385. Plaintiff, Bertha Dozier is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

386. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

387. Plaintiff was given Tracking Number 23418 by the claims Monitor.

388. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**James Dubose**

389. Plaintiff, James Dubose is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

390. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

391. Plaintiff was given Tracking Number 54248 by the claims Monitor.

392. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Lessie Eford**

393. Plaintiff, Lessie Eford is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

394. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

395. Plaintiff was given Tracking Number 59467 by the claims Monitor.

396. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**James Ellis**

397. Plaintiff, James Ellis is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

398. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

399. Plaintiff was given Tracking Number 109838 by the claims Monitor.

400. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Elbert Ellis**

401. Plaintiff, Elbert Ellis is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

402. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

403. Plaintiff was given Tracking Number 77141 by the claims Monitor.

404. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ivory Ellis**

405. Plaintiff, Ivory Ellis is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

406. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

407. Plaintiff was given Tracking Number 63363 by the claims Monitor.

408. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ola Emery**

409. Plaintiff, Ola Emery is an African-American farmer residing in Sary, IN who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

410. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

411. Plaintiff was given Tracking Number 91542 by the claims Monitor.

412. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Annie Erkins**

413. Plaintiff, Annie Erkins is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

414. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

415. Plaintiff was given Tracking Number 54596 by the claims Monitor.

416. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**John and Levonia Erkins**

417. Plaintiff, John and Levonia Erkins are African-American farmers residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

418. Thereafter, Plaintiffs filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

419. Plaintiffs were given Tracking Number 51127 by the claims Monitor.

420. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Wondrus Erkins**

421. Plaintiff, Wondrus Erkins is an African-American farmer residing in Milwaukee, WI who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

422. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

423. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

424. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Marvin Eutsey**

425. Plaintiff, Marvin Eutsey is an African-American farmer residing in Clio, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

426. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

427. Plaintiff was given Tracking Number 24264 by the claims Monitor.

428. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Robert Eutsey**

429. Plaintiff, Robert Eutsey is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

430. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

431. Plaintiff was given Tracking Number 57770 by the claims Monitor.

432. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Flemon Farmer, Jr.**

433. Plaintiff, Flemon Farmer, Jr. is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

434. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

435. Plaintiff was given Tracking Number 25193 by the claims Monitor.

436. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Joseph Faulk**

437. Plaintiff, Joseph Faulk is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

438. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

439. Plaintiff was given Tracking Number 56614 by the claims Monitor.

440. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Fenn, Sr.**

441. Plaintiff, Willie Fenn, Sr. is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

442. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

443. Plaintiff was given Tracking Number 66471 by the claims Monitor.

444. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Roy Flowers**

445. Plaintiff, Roy Flowers is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

446. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

447. Plaintiff was given Tracking Number 86709 by the claims Monitor.

448. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Annette Flowers**

449. Plaintiff, Annette Flowers is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

450. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

451. Plaintiff was given Tracking Number 25747 by the claims Monitor.

452. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Annie Floyd**

453. Plaintiff, Annie Floyd is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

454. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

455. Plaintiff was given Tracking Number 47593 by the claims Monitor.

456. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Annie Floyd**

457. Plaintiff, Annie Floyd is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

458. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

459. Plaintiff was given Tracking Number 86709 by the claims Monitor.

460. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Willie Floyd**

461. Plaintiff, Willie Floyd is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

462. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

463. Plaintiff was given Tracking Number 13240 by the claims Monitor.

464. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ethel Ford**

465. Plaintiff, Ethel Ford is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

466. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

467. Plaintiff was given Tracking Number 62781 by the claims Monitor.

468. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**William Ford**

469. Plaintiff, William Ford is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

470. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

471. Plaintiff was given Tracking Number 62795 by the claims Monitor.

472. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**David Ford, Sr.**

473. Plaintiff, David Ford, Sr. is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

474. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

475. Plaintiff was given Tracking Number 26872 by the claims Monitor.

476. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Ronnie Forte**

477. Plaintiff, Ronnie Forte is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

478. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

479. Plaintiff was given Tracking Number 36086 by the claims Monitor.

480. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Edward Forte**

481. Plaintiff, Edward Forte is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and

December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

482. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

483. Plaintiff was given Tracking Number 39936 by the claims Monitor.

484. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Kenneth Foster**

485. Plaintiff, Kenneth Foster is an African-American farmer residing in Louisville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

486. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

487. Plaintiff was given Tracking Number 44319 by the claims Monitor.

488. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Gwendolyn Foster**

489. Plaintiff, Gwendolyn Foster is an African-American farmer residing in Montgomery, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

490. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

491. Plaintiff was given Tracking Number 32176 by the claims Monitor.

492. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**James Foster**

493. Plaintiff, James Foster is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied

for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

494. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

495. Plaintiff was given Tracking Number 25986 by the claims Monitor.

496. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Christine Foster**

497. Plaintiff, Christine Foster is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

498. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

499. Plaintiff was given Tracking Number 13542 by the claims Monitor.

500. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Judy Foster**

501. Plaintiff, Judy Foster is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

502. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

503. Plaintiff was given Tracking Number 44196 by the claims Monitor.

504. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Lonnie Foster**

505. Plaintiff, Lonnie Foster is an African-American farmer residing in Georgetown, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

506. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

507. Plaintiff was given Tracking Number 97642 by the claims Monitor.

508. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Arlena Fowler**

509. Plaintiff, Arlena Fowler is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against

Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

510. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

511. Plaintiff was given Tracking Number 72574 by the claims Monitor.

512. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Sammie Fowler**

513. Plaintiff, Sammie Fowler is an African-American farmer residing in Ft. Pierce, FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

514. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

515. Plaintiff was given Tracking Number 9018900 by the claims Monitor.

516. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**James Fowler**

517. Plaintiff, James Fowler is an African-American farmer residing in Montgomery, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damage.

518. Thereafter, Plaintiff filed a claim in the *Pigford* matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

519. Tracking Number assigned to this Plaintiff by the claims Monitor is unknown at this time.

520. In or around 1981 through 1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

**Sally Fowler**

521. Plaintiff, Sally Fowler is an African-American farmer residing in Montgomery, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)